*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided February 2, 1988

DAVID D'AMICO *v.* CLIFFORD J. WILLIS, CHIEF OF POLICE OF THE CITY OF NEW BRITAIN

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 124, is denied.

*F. Gina Gelb,* in support of the petition.

*Joseph E. Skelly, Jr.,* in opposition.

Decided February 2, 1988

CONNECTICUT BANK AND TRUST COMPANY *v.* SYLVAN KATSKE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 13 Conn. App. 174, is denied.

*William H. Clendenen, Jr.,* in support of the petition.

*Mary E. Holzworth,* in opposition.

Decided February 2, 1988